Joseph M. McMullen, Esq. (SBN 246757)
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
E-Mail: joe@jmm-legal.com

Attorney for Plaintiffs J.AM., O.A.M.,
and Thelmo Medina Navarro

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-CV-0380-GPC-DEB<br><br>**DECLARATION OF JOSEPH M. MCMULLEN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION PURSUANT TO FED. R. CIV. P. 56(d) FOR AN ORDER DEFERRING CONSIDERATION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO ALLOW TIME TO TAKE DISCOVERY** |

I, Joseph M. McMullen, declare that I am an attorney duly licensed to practice before State and Federal courts located in the State of California, including this Court. I am counsel of record for Plaintiffs J.A.M., O.A.M., and Thelma Medina Navarro (collectively "Plaintiffs") in this action. Except for matters attested to on information and belief, I have firsthand knowledge of the facts set forth below.

1. Only Defendant has access to the evidence revealing all the facts and circumstances of what occurred during the interrogation of 14-year-old O.A.M. and of 9-year-old J.A.M. That evidence includes the forthcoming deposition testimony of each CBP employee who participated in the questioning of O.A.M. or J.A.M. on March 18-19,

2019 at the SYPOE, and the corresponding audio and video recordings of O.A.M. and J.A.M. at the SYPOE.

  2. According to the Department of Homeland Security's Office for Civil Rights & Civil Liberties (CRCL) Complaint Closure Without Recommendations report submitted by Defendant as an unsworn exhibit to the MSJ (ECF No. 4-1 at 20), DHS received a detailed complaint only two weeks after the incident from the American Friends Service Committee on behalf of Mrs. Medina.  CRCL opened an investigation and sent a request for records from CBP on May 7, 2019, which included among other things "transcripts from interviews with the two children." (ECF No. 4-1 at 20).  As I am unaware of CBP staffing court reporters at the SYPOE, on information and belief those transcripts were generated from audio or audiovisual recordings of the interrogations of O.A.M. and J.A.M. during the incident.

  3. To date, Plaintiffs have received no discovery from Defendant other than the attachments set forth in Defendant's MSJ.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  June 15, 2022      */s/ Joseph M. McMullen*
               Joseph M. McMullen
               Declarant and Attorney for Plaintiffs