# EXHIBIT A

RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
STEPHANIE A. SOTOMAYOR, IL SBN 6325877
Assistant U. S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7634/7125/9590 / 7751 (fax)

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-cv-380 GPC BGS<br><br>**DEFENDANT UNITED STATES' RESPONSES TO PLAINTIFF THELMA MEDINA NAVARRO'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE)** |

PROPOUNDING PARTY:     Plaintiff THELMA MEDINA NAVARRO

RESPONDING PARTY:      Defendant, UNITED STATES OF AMERICA

SET NO.:               ONE

Defendant United States of America ("United States" or "Defendant"), by and through its attorneys, Randy S. Grossman, United States Attorney, Stephanie A. Sotomayor and Samuel W. Bettwy, Assistant U.S. Attorneys, hereby responds to Plaintiff Thelma Medina Navarro's first request for production of documents.

RESPONSE TO REQUEST NO. 24:

To the extent this request seeks photographs or video recordings unrelated to the March 20, 2019 incident, Defendant objects that it is overbroad, unduly burdensome, disproportionate to the needs of the case, and irrelevant to the case. Subject to and without waiving these objections, and after a reasonable search of materials within its possession and control, Defendant responds that it has no documents responsive to this request. Discovery is continuing.

REQUEST NO. 25:

The most recent photograph (including an electronic image file) prior to March 20, 2019, that depicts the face of any person identified in response to Plaintiff's Interrogatory No. 3, if not already produced in Plaintiff's Requests No. 1 through 21, above.

RESPONSE TO REQUEST NO. 25:

To the extent this request seeks photographs unrelated to the March 20, 2019 incident, Defendant objects that it is overbroad, unduly burdensome, disproportionate to the needs of the case, and irrelevant to the case. Subject to and without waiving these objections, and after a reasonable search of materials within its possession and control, Defendant produces the following: USA-0204.

REQUEST NO. 26:

Any photograph (including electronic image files), blueprint, map, diagram, drawing, rendering, or other Document visually depicting the layout of each location identified in response to Plaintiff's Interrogatory No. 9, as the location existed in March 2019.

RESPONSE TO REQUEST NO. 26:

Defendant objects to this request as (1) not relevant to, or at best marginally relevant to any party's claim or defense, (2) disproportional to the needs of the case, and (3) seeks privileged official information/law enforcement information that if disclosed could compromise the effective functioning of law enforcement and/or the

integrity of law enforcement techniques. See accompanying Declaration of Jennifer De La O.

REQUEST NO. 27:

Any photograph (including electronic image files), blueprint, map, diagram, drawing, rendering, or other Document visually depicting the layout of each location identified in response to Plaintiff's Interrogatory No. 10, as the location existed in March 2019.

RESPONSE TO REQUEST NO. 27:

Defendant objects to this request as (1) not relevant to, or at best marginally relevant to any party's claim or defense, (2) disproportional to the needs of the case, and (3) seeks privileged official information/law enforcement information that if disclosed could compromise the effective functioning of law enforcement and/or the integrity of law enforcement techniques. See accompanying Declaration of Jennifer De La O.

REQUEST NO. 28:

Page 3 of the three-page document entitled "Routing Sheet," produced at Bates # USA-0117 – USA-118.

RESPONSE TO REQUEST NO. 28:

After a reasonable search of materials within its possession and control, Defendant responds that it has no documents responsive to this request. Discovery is continuing.

REQUEST NO. 29:

All CBP polices, directives, guidance, and musters (as that term is used at Bates USA-0138) regarding encountering minor U.S. citizens attempting entry without an adult at a Port of Entry, in effect at the time of the Incident.

RESPONSE TO REQUEST NO. 29:

After a reasonable search of materials within its possession and control, Defendant produces the following: USA 228-293.

| | | |
|---|---|---|
| 1 | Dated: January 6, 2023 | RANDY S. GROSSMAN<br>United States Attorney |
| 2 | | |
| 3 | | By: */s/ Stephanie A. Sotomayor*<br>Stephanie A. Sotomayor |
| 4 | | Assistant U.S. Attorney |
| 5 | | Attorneys for Defendant<br>UNITED STATES OF AMERICA |