# EXHIBIT B

RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
STEPHANIE A. SOTOMAYOR, IL SBN 6325877
Assistant U. S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7634/7125/9590 / 7751 (fax)

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-cv-380 GPC BGS<br><br>**DEFENDANT UNITED STATES' RESPONSES TO PLAINTIFF THELMA MEDINA NAVARRO'S INTERROGATORIES (SET ONE)** |

PROPOUNDING PARTY:    Plaintiff THELMA MEDINA NAVARRO

RESPONDING PARTY:     Defendant, UNITED STATES OF AMERICA

SET NO.:              ONE

   Defendant United States of America ("United States" or "Defendant"), by and through its attorneys, Randy S. Grossman, United States Attorney, Stephanie A. Sotomayor and Samuel W. Bettwy, Assistant U.S. Attorneys, hereby responds to Plaintiff Thelma Medina Navarro's first set of Interrogatories.

*USA Response to Thelma Navarro's Interrogatories (Set One)*                                                22-cv-380 GPC BGS

party to the case. Without waiving this objection, Defendant responds: CBPO John Bosch; CBPO Brittany Hepburn.

INTERROGATORY NO. 9:

CBPO Dennese Viger indicates Defendant's initial contact with Plaintiff J.A.M. occurred at the "primary pedestrian lanes at the San Ysidro Port of Entry Pedestrian West." (Bates # USA-0001). After she was referred to secondary inspection, CBPO S. Vincent indicates Plaintiff J.A.M. was escorted "to the soft side of the security office" at the "San Ysidro West Pedestrian Port of Entry." (Bates # USA-0005). Thereafter, Plaintiff J.A.M. was "turned over to the Admissibility Enforcement Unit. (Bates # USA-0005).

In chronological order, Identify Each Area in which Plaintiff J.A.M. was located during the Incident until her release. "Identify each area" means to provide the building name (e.g., San Ysidro Port of Entry Pedestrian West), floor number (e.g., street level, one floor below street level, one floor above street level, etc.), room name (e.g., secondary inspection security office), and alphanumeric designation and/or directional designation and/or other specific designation (e.g., primary inspection kiosk #3, soft side of northern-most security office, office of AEU supervising officer, Cell #26, etc.).

RESPONSE TO INTERROGATORY NO. 9:

Objection. This interrogatory is overbroad and unduly burdensome. Defendant also objects to the extent this interrogatory seeks privileged official information/law enforcement information that if disclosed could compromise the effective functioning of law enforcement and/or the integrity of law enforcement techniques. See accompanying Declaration of Jennifer De La O. Without waiving these objections, Defendant responds as follows and in chronological order: (1) Primary pedestrian lanes at the San Ysidro Port of Entry Pedestrian West, located at street level; (2) Security office, located at street level; (3) Admissibility Enforcement Unit Intake (Cell 34), Interview 01, Cell 26, located at basement level.

1     Discovery is continuing.

2 INTERROGATORY NO. 10:

3     In chronological order, Identify Each Area in which Plaintiff O.A.M. was
4 located during the Incident until his release.

5 RESPONSE TO INTERROGATORY NO. 10:

6     Objection. This interrogatory is overbroad and unduly burdensome. Defendant
7 also objects to the extent this interrogatory seeks privileged official information/law
8 enforcement information that if disclosed could compromise the effective functioning
9 of law enforcement and/or the integrity of law enforcement techniques. See
10 accompanying Declaration of Jennifer De La O.  Without waiving these objections,
11 Defendant responds as follows and in chronological order: (1) Primary pedestrian
12 lanes at the San Ysidro Port of Entry Pedestrian West, located at street level; (2)
13 Security office, located at street level; (3) Admissibility Enforcement Unit Cell Intake
14 (Cell 33), Interview 01, Cell 21, located at basement level.

15     Discovery is continuing.

16 INTERROGATORY NO. 11:

17     Identify (including person's full name, last known address, last known email
18 address, last known telephone number, gender and age) each occupant of the Secured
19 Holding Location referred to as "Cell 26" on Bates USA-0084 between 7:29 p.m. on
20 March 18, 2019 and 6:00 p.m. on March 19, 2019.

21 RESPONSE TO INTERROGATORY NO. 11:

22     Objection. This interrogatory is disproportionate to the needs of the case
23 considering: (1) the marginal importance the requested information has to Plaintiffs'
24 claims; (2) the privacy rights and interest of the individuals, if any, whose information
25 is being requested; and (3) the "occupants," if any, are not a party to this case. This
26 interrogatory is also overbroad and unduly burdensome. Responding further, the
27 United States objects to and will not answer this interrogatory to the extent that it seeks
28 information regarding asylum seekers on the grounds that it is prohibited by federal

information regarding asylum seekers on the grounds that it is prohibited by federal regulation from disclosing information pertaining to asylum seekers to third parties. See 8 C.F.R. 208.6.

Dated: January 6, 2023

RANDY S. GROSSMAN
United States Attorney

By: */s/ Stephanie A. Sotomayor*
Stephanie A. Sotomayor
Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA