# EXHIBIT C

*J.A.M., a minor child, et al. v. United States of America, et al.*

No. 22-cv-380 GPC BGS (S.D. Cal.)

**Privilege Log for USA Production Bates Numbers USA-0200-0298**

| Date | Documents Withheld | Bates | Privilege |
|---|---|---|---|
| 01/06/2023 | Illustrations and/or diagrams containing descriptions of the floor plans in various areas in the San Ysidro Port of Entry | USA-0295-298 | Privileged official information/law enforcement information |