# EXHIBIT D

RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
STEPHANIE A. SOTOMAYOR, IL SBN 6325877
Assistant U. S. Attorneys
California State Bar No. 224875
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-7634/7125/9590
Fax: (619) 546-7751

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | Case No. 22-cv-380 GPC BGS<br><br>**DECLARATION OF JENNIFER De La O** |

I, Jennifer De La O, hereby declare the following:

1. I am the Director of Field Operations (DFO) for the Boston Field Office, Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP). As the DFO I am a member of the Senior Executive Service and have held this position since August 2021. Since, October 24, 2022, I have also been serving as the interim DFO for the San Diego Field Office (SDFO). I have been employed by CBP and its legacy Agency U.S. Customs Service since July 1999. In addition to my current positions, I served in a variety of capacities with CBP, including the Area Port Director for the Port of Buffalo, New York, Assistant Director, Border Security, Boston Field Office; Area Port Director, Service Port

1  of Minneapolis; Director, Field Liaison Division and Acting Director of Cargo and Security Control Division, both in CBP Headquarters, Washington D.C.

2. As the interim DFO, I am the highest-ranking OFO official for the SDFO. The SDFO area of responsibility stretches from the Pacific Ocean to the Arizona border, and encompasses the five land ports of entry (POE) of San Ysidro, Otay Mesa, Tecate, Calexico, and Andrade, as well as the airport, seaport, and Cross Border Express. I oversee approximately 2,500 U.S. Customs and Border Protection Officers, Operational Supervisors, and associated support personnel. I am responsible for the planning, management, direction, and coordination of operations within the San Diego Field Office, to detect and prevent the entry of illegal aliens, narcotics, contraband, terrorists, and weapons of terrorism into the United States at the POE. In order to accomplish its mission, OFO relies on variety of investigative and law enforcement techniques, many of which are not known to the general public. As the interim DFO, SDFO, I am the head of the department having control over the information for which I assert the law enforcement privilege, below.

3. In general, the mission of CBP is to detect, apprehend and/or prevent illegal aliens, terrorists and terrorist weapons from entering the United States and to prevent the illegal trafficking of people and contraband. It is paramount that CBP's surveillance capabilities, tactics, and related technology use and deployment, as well as the related limitations and vulnerabilities of such, not be disclosed outside the agency. Disclosure would compromise and degrade officers' abilities in accomplishment of the Agency's mission. If transnational criminal organizations, terrorists, and others who seek to penetrate our borders can anticipate and counter our surveillance infrastructure, it will compromise the mission of the U.S. Customs and Border Protection and, in turn, our public safety and national security.

4. I make this declaration for the purpose of asserting the law enforcement privilege over the following documents: "INNH0 – Inbound HH Floor 00.pdf" (USA- 295),

"MB0 – Main Bldg Floor 00 (AEU).pdf" (USA-296-297), and "WP – Ped West (Inside).pdf" (USA-298). which were identified as responsive to Plaintiff's Request for Production of Documents Nos. 26 and 27 in this action, and the information requested in Interrogatory No. 13.

5.  Interrogatory No. 13 seeks the "make, model, and specific location of each video recording device positioned to video record any portion of 'the soft side of the security office' at the 'San Ysidro West Pedestrian Port of Entry' in March 2019. USA-295, USA-296-297, and USA-298 are each documents that include blueprint type diagrams that include schematics and diagrams outlining, among other things, the physical layout of three areas of San Ysidro Port of Entry, including the locations of cells, access and egress points, and as well as the capabilities and locations of the video surveillance camera recording systema at the San Ysidro POE. This camera system is utilized to capture and store video recordings of interior and exterior portions of the San Ysidro POE on a constant basis, to be used for official purposes in accomplishing CBP's national border security mission.

6.  I am asserting the Law Enforcement Privilege over the entirety of the information requested in Interrogatory No. 13 and the documents USA-295, USA-296-297, and USA-298. The information concerning the make and model of the cameras used could be used by hostile actors to take this information to exploit perceived vulnerabilities and limitations and seek avenues to circumvent or minimize the efficiency of such cameras. The disclosure of the information contained these documents could alert individuals involved in unlawful activity to change their behavior or take steps to evade law enforcement, which would undermine CBP and other agencies' abilities to accomplish the United States' national security mission. The disclosure of this information could also provide hostile actors with insights into the law enforcement priorities of CBP and other agencies, as well as the techniques and methods utilized to record information at the San Ysidro POE. Such actors also could exploit this knowledge to more effectively change their own behavior and actions to evade law enforcement activity and potentially endanger the

lives of both civilians and law enforcement officers. Hostile actors could also take this information and focus their resources appropriately to exploit perceived vulnerabilities and target certain physical areas of the POE they deem to be weak enough to manipulate or exploit. The information could also be exploited by hostile actors to ascertain the holding capacity of the San Ysidro Port of Entry. Even though the holding capacity is, for OFO, only one factor in the equation of a port's total capacity, this information can be easily exploited and manipulated to cripple CBP operations by seeking to overwhelm the port of entry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2023, at San Diego, California.

Jennifer De La O