# EXHIBIT E

RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER, SBN 222629
Chief, Civil Division
SAMUEL W. BETTWY, SBN 94918
STEPHANIE A. SOTOMAYOR, IL SBN 6325877
Assistant U. S. Attorneys
California State Bar No. 224875
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-7634/7125/9590
Fax: (619) 546-7751

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | Case No. 22-cv-380 GPC BGS<br><br>**DECLARATION OF SIDNEY AKI** |

I, Sidney Aki, hereby declare the following:

1. I am the Director of Field Operations (DFO) for the San Diego Field Office, Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP).

2. As the DFO, I am the highest-ranking OFO official for the SDFO. The SDFO area of responsibility stretches from the Pacific Ocean to the Arizona border, and encompasses the five land ports of entry (POE) of San Ysidro, Otay Mesa, Tecate, Calexico, and Andrade, as well as the airport, seaport, and Cross Border Express. I oversee approximately 2,500 U.S. Customs and Border Protection Officers, Operational Supervisors, and associated support personnel. I am responsible for the planning,

management, direction, and coordination of operations within the San Diego Field Office, to detect and prevent the entry of illegal aliens, narcotics, contraband, terrorists, and weapons of terrorism into the United States at the POE. In order to accomplish its mission, OFO relies on variety of investigative and law enforcement techniques, many of which are not known to the general public. As the DFO for the SDFO, I am the head of the department having control over the information for which I assert the law enforcement privilege, below.

3. In general, the mission of CBP is to detect, apprehend and/or prevent illegal aliens, terrorists and terrorist weapons from entering the United States and to prevent the illegal trafficking of people and contraband. It is paramount that CBP's security capabilities, tactics, and the related limitations and vulnerabilities of such, not be disclosed outside the agency. Disclosure would compromise and degrade officers' abilities in accomplishment of the Agency's mission. If transnational criminal organizations, terrorists, and others who seek to penetrate our borders can anticipate and counter our security defenses and infrastructure, it will compromise the mission of the U.S. Customs and Border Protection and, in turn, our public safety and national security.

4. I make this declaration regarding Plaintiff's Request for Production of Documents Nos. 26 and 27 in this action. To the extent that these requests seek photographs of areas in the Admissibility Enforcement Unit (AEU) specified in Defendant's Responses to Plaintiffs' Interrogatory Nos. 9 and 10, a preliminary search shows that such records do not exist. To the extent that these records may exist, and to the extent that Plaintiffs may request the Defendant to create such records, I hereby assert the law enforcement privilege over such documents.

5. The AEU is an area not typically visible to the general public. It is primarily used for detainment and administrative processing purposes. Photographs depicting the layout or areas of the AEU could be used by hostile actors to take this information to exploit perceived vulnerabilities and limitations and seek avenues to circumvent or minimize the efficacy of security at the AEU and at the POE generally. The disclosure of the information

contained these documents could alert individuals involved in unlawful activity to change their behavior or take steps to evade or override law enforcement, which would undermine CBP and other agencies' abilities to accomplish the United States' national security mission. The disclosure of this information could also provide hostile actors with insights into the law enforcement priorities of CBP and other agencies, as well as the techniques and methods utilized to process detainees at the San Ysidro POE. Such actors also could exploit this knowledge to more effectively change their own behavior and actions to evade law enforcement activity and potentially endanger the lives of both civilians and law enforcement officers. Hostile actors could also exploit this information to ascertain the holding capacity of the AEU at the San Ysidro Port of Entry. Even though the holding capacity is, for OFO, only one factor in the equation of a port's total capacity, this information can be easily exploited and manipulated to cripple CBP operations by seeking to overwhelm the port of entry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2023, at San Diego, California.

Sidney Aki