# EXHIBIT F

Transcript of June 19, 2019 KQED broadcast available at www.kqed.org/news/11752787/seeking-asylum-at-the-california-border-in-the-basement-cells-at-san-ysidro-port-of-entry

Speaker 1:

From KQED.

Alex Hall:

In other immigration news, the San Ysidro Port of Entry in San Diego is California's ground zero for the bottleneck of asylum seekers trying to make it to the United States. KQED's Alex Hall has this inside look at the place where asylum seekers are led down several flights of stairs and out of view from where most people cross the US/Mexico border.

Sidney Aki:

We are now entering the pedestrian building.

Alex Hall:

On a busy Friday morning. San Ysidro's Port Director, Sidney Aki shows reporters the pedestrian crossing. Here travelers stand in line for a Customs and Border Protection officer to check their documents.

Sidney Aki:

Morning. Good morning.

Speaker 6:

Good morning.

Alex Hall:

More than 75,000 people cross here every day from Mexico to the US, but that's not the port's only traffic. In another wing of the building, men and women from Africa, the Caribbean, and Central America stand single file in silence, hands behind their backs. A few women hold small children.

Speaker 6:

This is part of our Morning Intake for today. So asylum seekers-

Alex Hall:

When people come to the border to ask for asylum, they usually have to wait their turn in Tijuana for weeks or months. The migrants here today will finally get their chance to explain to the US government why they're afraid to return to their countries. Then they'll wait for a new date to appear in immigration court.

Speaker 6:

So if you guys could drop any phones, cameras, recording equipment.

Speaker 7:

Yeah.

Alex Hall:

Transcript of June 19, 2019 KQED broadcast available at www.kqed.org/news/11752787/seeking-asylum-at-the-california-border-in-the-basement-cells-at-san-ysidro-port-of-entry

A border officer tells us the journalists are not allowed to record where we're going next down into the basement.

Speaker 6:

Backpacks.

Speaker 7:

Yeah.

Speaker 6:

So just only pen and pad can go.

Alex Hall:

You can't hear this part, but we descend a stairway and enter an area called the Admissibility Enforcement Unit. This is where the migrants are taken next. Inside holding cells, much like a jail, they sit on metal benches or use a toilet behind a waist-high divider. They're given aluminum blankets and thin sleeping mats.

CBP standards say, "That detainees should not be held here for longer than 72 hours." But officials acknowledge that limit is often exceeded.

Before visiting the port, I talked to people who were recently detained here. Carman Loval From El Salvador is one migrant who said, "Medical attention in the facility was delayed."

Carman Loval:

[foreign language 00:02:23].

Alex Hall:

Loval says, "That one day in March she started vomiting and felt pain in her abdomen and back, so she asked to see a doctor." Hours later, she was examined and told she was having symptoms of a miscarriage. That was around 7:00 PM. "The ambulance arrived at midnight," she says.

Carman Loval:

[foreign language 00:02:41].

Alex Hall:

She says, "When she returned from the hospital, her pants were stained with blood." "The next day," she says, "she was sent back to Mexico." Other migrants reported officers pressured them to sign documents and that at times officers denied food or used physical force against migrants.

After the tour, I talked to Port Director Sidney Aki. He says, "Customs and border protection only takes in a certain number of asylum seekers each day so that conditions and care are not compromised."

Sidney Aki:

If we overload individuals into our custody, there is a somewhat decrease in care. Individuals may not get the proper checks for medical care, may not get fed in a timely manner.

Transcript of June 19, 2019 KQED broadcast available at www.kqed.org/news/11752787/seeking-asylum-at-the-california-border-in-the-basement-cells-at-san-ysidro-port-of-entry

Speaker 1:

When asked about the allegations, a spokeswoman said, "CBP strongly disagrees with the reports and investigates all formal complaints." She said, "That the agency treats those in its custody with dignity and respect, and provides multiple avenues to report any misconduct."

For the California Report, I'm Alex Hall at the San Ysidro Port of Entry.