TARA K. McGRATH
United States Attorney
STEPHANIE SOTOMAYOR, IL SBN 6325877
SAM BETTWY, CA SBN 94918
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-9590/7125

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>Defendants. | Case No. 22-cv-380 GPC BGS<br><br>**UNITED STATES' TRIAL BRIEF**<br><br>Trial Date: March 19, 2024<br><br>**Hon. Gonzalo P. Curiel** |

The United States hereby summarizes what the evidence will show at trial. *See* L.R. 16.1.f.9.a. The significant disputed factual and legal issues and applicable law are more fully addressed in the United States' Proposed Findings of Fact and Conclusions of Law, filed separately this day pursuant to the Court's scheduling order. [ECF No. 42.]

This case is about a string of lies that began when Plaintiff Oscar naively told his younger sister Julia to lie to U.S. Customs officers to expedite secondary inspection at the San Ysidro Port of Entry. It was a lie that Oscar and Julia continued to tell several Customs officers and Mexican consular officials over the course of a day-and-a-half. And it was a lie that was exacerbated when Customs officers caught Michelle Cardenas lying to them about her relationship to the children when attempting to take custody of them. Concerns for the safety of the children were further heightened when Customs officers discovered that Ms.

Cardenas was a convicted human smuggler. Customs officers responded to all of these lies and circumstances lawfully and reasonably to protect the children, especially Julia, who appeared to be the victim of human smuggling or perhaps worse, human trafficking. The lies of Oscar, Julia, and Michelle also delayed the processing of hundreds of persons seeking asylum that day.

At about 7:35 a.m., on Monday, March 18, 2019, during rush hour at the POE, nine-year-old Julia and her fourteen-year-old brother Oscar applied for admission to the United States at the Pedestrian West facility (PedWest), presenting their U.S. passport cards to Customs Officer Dennese Viger. Officer Viger referred them to secondary inspection due to inconsistencies between Julia's appearance and her passport card photo and between Julia's answers to questions about her recent border crossings compared to her crossing history in CBP's database.

Both children were interviewed in secondary and, within thirty minutes, they both falsely stated to Officer Lara that Julia was actually a noncitizen named Melany Medina Tapia. Oscar testified in his deposition that he instructed Julia to lie to Customs officers, because he thought it would expedite their processing at the POE, although he disputes when he told Julia to lie.

```
 5   Q.  Okay.  And so did you tell your sister,
 6   Julia, let's go along with these officers' game,
 7   let's tell them you're Melanie?
 8   A.  Yes.
 9   Q.  And what did Julia say to you when you
10   suggested that?
11   A.  At the beginning, she told me that she
12   didn't quite like it, but I'm, like, if we don't
13   have any other possibility of getting out of here,
14   let's just try it out.  I mean, if we see that it
15   works, we'll keep going.  If not, well, we'll tell
16   them once again, "You know what, it's a mistake.
17   She's Julia," this and that.
```

Oscar's Depo Tr. 136. *See* Fed. R. Evid. 32(a)(2). Incidentally, Julia denied in her deposition that Oscar ever instructed her to lie.

2

At about 9:00 a.m., Julia again falsely stated that she was Melany to Officers Vincent and Avila in secondary as they obtained biographical information to send her to the POE's Admissibility Enforcement Unit (AEU) for processing of what appeared to be a smuggling case.

The children denied in their depositions that they ever identified Julia as Melany during secondary inspection. The crux of this case therefore concerns what happened during the first thirty minutes of secondary inspection, and it hinges on the credibility of the children and the credibility of Officers Lara, Vincent, Melendrez, and Sandoval, who were working in secondary that morning.

The children's repeated lie was exacerbated when Michelle Cardenas falsely told Customs officers at the POE that she was the children's aunt, hoping to expedite their release. After follow-up questions by a CBP officer, Ms. Cardenas admitted that she was not their aunt, and the officer insisted that the mother of the children appear in person. Ms. Cardenas therefore summoned Ms. Medina to the POE.[1]

While Customs officers waited for Ms. Medina to come to the POE, Julia continued to falsely state that she was Melany to Officers Bosch, Corrales, and Ascher in the AEU. She and Oscar told Officer Corrales that they had been driven to the POE by Michelle Cardenas, so Officer Corrales conducted further research and discovered that Ms. Cardenas was a convicted alien smuggler. This caused Officer Corrales to be concerned that Julia might be the victim of human trafficking and that her name might be neither Julia nor Melany. He therefore reinterviewed Oscar to ensure that he was not unwittingly facilitating human trafficking.

///

---

[1] It is anticipated that Plaintiffs will attempt to introduce evidence at trial that CBP violated policy by not timely notifying the parents of the children. The United States will object to such evidence as irrelevant, because no such allegations or claims are contained in the Complaint. Such evidence is also immaterial, because it is not disputed that Ms. Cardenas was immediately notified that the children were being detained in secondary at the POE and that Ms. Cardenas immediately notified their mother, Plaintiff Thelma Medina Navarro.

Ms. Medina finally showed up at the POE (PedEast) around 3:30 p.m. She did not have any documentation, except a group photograph, to prove that Julia was her daughter. This photo, although ambiguous, satisfied Officers Corrales and Ascher that Julia was only being smuggled by a family member. They told Ms. Medina to return with documentation to prove Julia's identity.

Ms. Medina returned to PedEast around 6:00 p.m. with more documentation, and Officer Ascher consulted Julia who insisted that her name was Melany and that Ms. Medina was her aunt, not her mother. Officer Ascher contacted the Mexican Consulate to assist in identifying Julia and returning her to her parents. The Mexican Consulate stated that they would interview Julia (as Melany) the following morning. Officer Ascher also decided that Oscar could be released to Ms. Medina.

When he was released to his mother, Oscar admitted to her that he had foolishly convinced Julia to lie about her identity:

> 13· · ·Q.· ·Did you ever tell your mom about the fact
> 14· that you had come up with that idea to tell officers
> 15· that Julia was Melanie?
> 16· · ·A.· ·Yes.· Yes, I did tell her.· I said, like,
> 17· "Listen, the only way to get my sister out of here,
> 18· I had to admit that she was my cousin."· That's what
> 19· I told.
> 20· · ·Q.· ·And what did she say when you told her
> 21· that?
> 22· · ·A.· ·Well, she said to me that, like, any mother
> 23· at the beginning, you know, it was a bad decision
> 24· out of desperation because of the same reason, like,
> 25· she didn't -- I didn't know how to take it all,
> ·1· also she was under pressure, and she was very upset,
> ·2· and, like, "Why did you say that?· You know that
> ·3· Julia is your sister."
> ·4· · · · · And I'm, like, "I know it was my mistake,
> ·5· but -- but, I mean, it's, like, what can -- what can
> ·6· you do?· I'm a 14-year-old boy, and a nine-year-old
> ·7· girl.· We weren't able to come up with a good idea
> ·8· to try and get out of there."

Oscar's Depo Tr. 182-83.

///

4

Julia spent the night in a family cell at the AEU, and as detailed in the United States' Proposed Findings of Fact, the detailed cell logs disprove Plaintiffs' allegations of food deprivation and cold temperatures. The next morning she repeated to Mexican consular officers that she was Melany. As Oscar testified at his deposition:

> 2· · · · · You mentioned that you learned from the
> 3· Mexican Consulate that your sister was saying she
> 4· was Melanie; is that right?
> 5· · ·A.· ·Yes.

Oscar's Depo Tr. 193.

The matter was not sorted out until hours later when Julia finally retracted her lie. In her deposition, Julia testified that never told any Customs officer of Mexican official that she was Melany. The United States will present evidence that she lied to at least six Customs officers, including Officers Lara, Vincent, Avila, Bosch, Corrales, and Ascher, and that she lied to Mexican consular officials.

This Court previously denied the United States' motion to dismiss under the discretionary function exception (DFE) of the Federal Tort Claims Act (FTCA), because there were genuine issues of fact regarding Plaintiffs' contention that Customs officers violated their constitutional rights. [ECF No. 16.] Discovery has confirmed that there is no evidence to support that contention. Both children admitted in their deposition testimony that they were treated well. The DFE therefore bars their claims and, alternatively, Plaintiffs cannot prove their FTCA claims, all of which is explained in the United States' Proposed Conclusions of Law.

On the next page is a timeline of the events that occurred at the POE on March 18 and 19, 2019. *See* Fed. R. Evid. 1006. Items in red indicate a documented time. The other times are based on deposition testimony. A detailed recitation of the facts is contained in the United States' separately filed Proposed Findings of Fact.

Dated: February 26, 2024

Respectfully submitted,

TARA K. McGRATH
United States Attorney

*s/ Stephanie Sotomayor*
STEPHANIE SOTOMAYOR
Assistant U.S. Attorney

*s/ Samuel W. Bettwy*
SAMUEL W. BETTWY
Assistant U.S. Attorney

Attorneys for Defendant
United States of America

---

**AMPARO-MEDINA TIMELINE**
San Ysidro Port of Entry (March 18-19, 2019)
(red indicates a documented time)

| 7:39am | | 9:05am | 9:17am | | | 2:00pm | 2:56pm | | 7:26pm | | | | 6:11pm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0730 - ~0739 (Primary) | ~0739 - 0905 (Secondary) | 0905 - ~1100 | 0917 - ~1000 | ~1230 | 1100 - 1400 (AEU) | 1400 - ~1600 | ~1500 - ~1630 | 1630 - ~1930 | 1930 - ~2000 | 3/18 - 3/19 | Morning 3/19 | Afternoon 3/19 | 1811 |
| Michelle Cardenas drives Julia to SYPOE; Julia goes to PedWest with Oscar<br><br>Oscar & Julia apply for admission<br><br>Julia presents U.S. passport card with DOB 10/11/09<br><br>Officer Viger refers them to secondary<br><br>Seated together | Database checks<br><br>Lara interviews Julia & Oscar together<br><br>Oscar admits he told Julia to state she was Melany, but claims he did so hours later in the AEU<br><br>Lara separately interviews Julia, and she claims she is cousin "Melany"<br><br>Oscar confirms Julia is cousin Melany<br><br>Supervisor refers to AEU | Oscar & Julia provide bio info, including name & DOB of Melany (3/1/09), to Vincent and Avila<br><br>Officer Lara completes his report<br><br>0937: Officer Viger completes her report<br><br>Oscar and Julia transported to AEU | Michelle Cardenas enters U.S.<br><br>CBP confirms that Julia & Oscar are in secondary<br><br>Michelle claims to be aunt of Julia & Oscar<br><br>Provides her BC & DL<br><br>Told to wait outside<br><br>Informs Thelma<br><br>Michelle goes to DMV for personal business | Michelle returns to PedWest where CBP confronts her about whether she really is aunt. She admits she is not their aunt<br><br>Told to get Julia's mother<br><br>Calls Thelma again and summons her to the POE | Meanwhile, Julia & Oscar are in AEU audience area for intake processing<br><br>Seated together<br><br>Oscar & Julia continue to state Julia is Melany (DOB 3/1/09)<br><br>Snacks/drinks available at all times<br><br>AEU was processing 288 persons, including 67 minors at the time | CBP shift change<br><br>DCO Corrales assists intake officer (Bosch)<br><br>Oscar & Julia repeat to Corrales that Julia is Melany (DOB 3/1/09)<br><br>Corrales discovers Michelle is a convicted human smuggler<br><br>Corrales has children draft written statements<br><br>Corrales returns to duties as DCO | Thelma enters U.S.<br><br>Officer Hua directs her to PedEast<br><br>Thelma shows Ascher and Corrales a photo<br><br>Ascher tells Thelma to bring documents to prove Julia's identity | 1630: Michelle's son Victor returns to TJ to obtain docs to prove Julia's identity<br><br>1800: Thelma returns to PedEast with docs<br><br>Ascher consults Julia, who states Thelma is her aunt<br><br>Ascher calls Mexican Consulate to interview Julia (Melany); cannot interview until morning<br><br>CBP calls Thelma to pick up Oscar | Oscar placed in holding cell<br><br>1929: Julia is placed in family cell<br><br>Thelma returns to PedEast & Oscar is released to her; admits to her he made a mistake | Julia spends night in family cell at AEU<br><br>Periodic welfare checks, 3 family cell temperature checks, and 4 meals in dining area | Mexican consular officer(s) interview Julia who continues to say she is cousin Melany | Mexican Deputy Consul reinterviews Julia<br><br>~1500: Officer Marin interviews Julia who recants | CBP transfers custody of Julia to Mexican Consulate<br><br>Mexican Consulate releases Julia to Thelma |
| **EVIDENCE** | | | | | | | | | | | | | |
| VIGER (Memo) | VINCENT (Memo) | VINCENT (Appendix D) | TECS | MICHELLE (depo) | CORRALES | CORRALES (I-213) | TECS | THELMA (depo) | LOGS | LOGS | MARIN | MARIN | LOGS |
| VINCENT (Memo) | LARA (Memo) | AVILA (Appendix D) | MICHELLE (depo) | | SANDOVAL | ASCHER | CORRALES | MICHELLE (depo) | THELMA (depo) | SANDOVAL | | OSCAR (depo) | MARIN |
| LARA | BRICENO | SANDOVAL | Photocopy of BC & DL | | OSCAR (depo) | | ASCHER | | MICHELLE (depo) | | | MICHELLE (depo) | |
| BRICENO | MELENDREZ | OSCAR (depo) | THELMA (depo) | | | | THELMA (depo) | | | | | | |
| OSCAR (depo) | SANDOVAL (Supervisor) | | | | | | | | | | | | |