Joseph M. McMullen, Esq. (SBN 246757)
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
E-Mail: joe@jmm-legal.com

Attorney for Plaintiffs J.AM., O.A.M.,
and Thelmo Medina Navarro

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-CV-0380-GPC-DTF<br><br>**DECLARATION OF JOSEPH M. MCMULLEN IN SUPPORT OF PLAINTIFFS' BILL OF COSTS** |

I, Joseph M. McMullen, declare that I am an attorney duly licensed to practice before State and Federal courts located in the State of California, including this Court. I am counsel of record for Plaintiffs J.A.M., O.A.M., and Thelma Medina Navarro ("Mrs. Medina") (collectively "Plaintiffs") in this action. I have firsthand knowledge of the facts set forth below.

1. On June 21, 2024, the Court rendered its decision holding the United States liable to Plaintiffs on the causes of the action presented at trial in March 2024 in the above-captioned action.

2. Pursuant to Local Rule 54.1, Plaintiffs' Bill of Costs was due to be filed

"within fourteen (14) days after entry of judgment," which was Friday, July 5, 2024. Plaintiffs' counsel now files the attached Bill of Costs four days past the Local Rule's deadline.

3. District courts may grant extensions of time in procedural matters like bills of costs upon a showing of "excusable neglect." Fed.R.Civ.P 6(b)(2); *see, e.g., LoSacco v. City of Middletown*, 71 F.3d 88, 93 (2d Cir. 1995) (untimely filing of the bill of costs permitted where defense counsel missed deadline while on honeymoon) ("[Excusable neglect] may encompass delays 'caused by inadvertence, mistake, or carelessness, *Pioneer Inv. Servs. Co. v. Brunswick Assocs.,* 507 U.S. 380, 388 (1993), at least when the delay was not long, there is no bad faith, there is no prejudice to the opposing party, and movant's excuse has some merit.").

4. On Monday, June 24, 2024, Plaintiffs' undersigned counsel departed for a preplanned family trip abroad. While undersigned counsel was abroad, a member of his immediate family unexpectedly passed away. Undersigned counsel proceeded directly to Oregon to address the emotional and logistical issues raised by the loss of his family member. As of today, undersigned counsel is still in Oregon addressing these issues.

5. In light of the short duration of the delay, the lack of bad faith, the lack of prejudice to the United States, and Plaintiffs' counsel's personal circumstances described above, Plaintiffs request the late filing of the Bill of Costs be permitted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 9, 2024

*/s/ Joseph M. McMullen*
Joseph M. McMullen
Declarant and Attorney for Plaintiffs