# EXHIBIT 1

Case 3:22-cv-00380-GPC-DTF Document 671-1 Filed 07/30/24 PageID.15147 Page 1 of 2
Case 3:22-cv-00380-GPC-DTF Document 671 Filed 07/09/24 PageID.15473 Page 2 of 7
AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of California

|  |  |
|---|---|
| ) | Case No.: |
| v. ) | Hearing Date: |
| ) | Hearing Time: |
| ) | Hearing Location: Clerk's Office |
| ) | 333 West Broadway, Ste. 420 |
|  | San Diego, CA 92101 |

**BILL OF COSTS**

Judgment having been entered in the above entitled action on _____ against _____,
Date
the Clerk is requested to tax the following as costs:

Fees of the Clerk .................................................... $ _____

Fees for service of summons and subpoena ........................................... _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... _____

Fees and disbursements for printing ........................................... _____

Fees for witnesses *(itemize on page two)* ........................................... _____

Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ........................................... _____

Docket fees under 28 U.S.C. 1923 ........................................... _____

Costs as shown on Mandate of Court of Appeals ........................................... _____

Compensation of court-appointed experts ........................................... _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... _____

Other costs *(please itemize)* ........................................... _____

TOTAL $ _____

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

**Declaration**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____ Date: _____
*Name of Claiming Party*

**Taxation of Costs**

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
*Clerk of Court* *Deputy Clerk* *Date*

Case 3:22-cv-00380-GPC-DTF   Document 671-1   Filed 07/30/24   PageID.15482   Page 2 of 2
Case 3:22-cv-00380-GPC-DTF   Document 671   Filed 07/30/24   PageID.15480   Page 3 of 7

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Joseph M. McMullen, Esq. (SBN 246757)
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
E-Mail: joe@jmm-legal.com

Attorney for Plaintiffs J.AM., O.A.M.,
and Thelmo Medina Navarro

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-CV-0380-GPC-DTF<br><br>**DECLARATION OF JOSEPH M. MCMULLEN IN SUPPORT OF PLAINTIFFS' BILL OF COSTS** |

I, Joseph M. McMullen, declare that I am an attorney duly licensed to practice before State and Federal courts located in the State of California, including this Court. I am counsel of record for Plaintiffs J.A.M., O.A.M., and Thelma Medina Navarro ("Mrs. Medina") (collectively "Plaintiffs") in this action. I have firsthand knowledge of the facts set forth below.

1.  On June 21, 2024, the Court rendered its decision holding the United States liable to Plaintiffs on the causes of the action presented at trial in March 2024 in the above-captioned action.

2.  Pursuant to Local Rule 54.1, Plaintiffs' Bill of Costs was due to be filed

1

"within fourteen (14) days after entry of judgment," which was Friday, July 5, 2024. Plaintiffs' counsel now files the attached Bill of Costs four days past the Local Rule's deadline.

3. District courts may grant extensions of time in procedural matters like bills of costs upon a showing of "excusable neglect." Fed.R.Civ.P 6(b)(2); *see, e.g., LoSacco v. City of Middletown*, 71 F.3d 88, 93 (2d Cir. 1995) (untimely filing of the bill of costs permitted where defense counsel missed deadline while on honeymoon) ("[Excusable neglect] may encompass delays 'caused by inadvertence, mistake, or carelessness, *Pioneer Inv. Servs. Co. v. Brunswick Assocs.,* 507 U.S. 380, 388 (1993), at least when the delay was not long, there is no bad faith, there is no prejudice to the opposing party, and movant's excuse has some merit.").

4. On Monday, June 24, 2024, Plaintiffs' undersigned counsel departed for a preplanned family trip abroad. While undersigned counsel was abroad, a member of his immediate family unexpectedly passed away. Undersigned counsel proceeded directly to Oregon to address the emotional and logistical issues raised by the loss of his family member. As of today, undersigned counsel is still in Oregon addressing these issues.

5. In light of the short duration of the delay, the lack of bad faith, the lack of prejudice to the United States, and Plaintiffs' counsel's personal circumstances described above, Plaintiffs request the late filing of the Bill of Costs be permitted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 9, 2024

/s/ Joseph M. McMullen
Joseph M. McMullen
Declarant and Attorney for Plaintiffs

2

**J.A.M. et al v. United States, Case No. 22-cv-0380-GPC-DTF**
**Bill of Costs**
**Itemization for Requested Costs in All Categories**

| Category | Amount | Description / Notes |
|---|---:|---|
| Fees of the Clerk | $ 402.00 | Court filing fee |
| Service of Summons and Subpoena | $ - | Shipping only - waived |
| Printed or electronically recorded transcripts | $ 21,526.87 | Deposition transcripts and videography for use at trial, itemized below |
| Printing | $ - | Waived |
| Witness Fees | $ - | Waived |
| Copies | $ - | Waived |
| Docket fees 28 USC 1923 | $ - | Waived |
| Mandate Court of Appeals | $ - | None |
| Interpreters | $ 2,820.00 | Transcription and translation of exhibits admitted at trial; trial interpretation services. See highlighted entries on attached invoice of Rebeca F. Calderon, Certified Court Interpreter |
| Other Costs | $ - | Waived |
| **TOTAL** | **$ 24,748.87** | |

| Depositions - Original and One Copy; Videography | Amount | Description / Notes |
|---|---:|---|
| 1. Willmy Lara | | |
|    Stenographer | $ 1,681.05 | |
|    Video | $ 1,293.00 | |
| 2. Smith Vincent | | |
|    Stenographer | $ 1,786.43 | Vincent and Avila on same invoice |
|    Video | $ 1,665.00 | Vincent and Avila on same invoice |
| 3. Albert Avlia | | |
|    Stenographer | $ - | Vincent and Avila on same invoice |
|    Video | $ - | Vincent and Avila on same invoice |
| 4. Julio Corrales | | |
|    Stenographer | $ 1,769.38 | |
|    Video | $ 1,432.50 | |
| 5. Anthony Ascher | | |
|    Stenographer | $ 2,021.90 | Sandoval and Ascher on same invoice |

| | | | |
|---|---|---:|---|
| Video | $ | 2,055.00 | Sandoval and Ascher on same invoice |
| 6. Evan Sandoval | | | |
| Stenographer | $ | - | Sandoval and Ascher on same invoice |
| Video | $ | - | Sandoval and Ascher on same invoice |
| 7. Mariza Marin | | | |
| Stenographer | $ | 828.98 | |
| Video | $ | 847.50 | |
| 8. Sidney Aki | | | |
| Stenographer | $ | 1,360.58 | |
| Video | $ | 1,207.50 | |
| 9. Erick Melendrez | | | |
| Stenographer | $ | 954.35 | |
| Video | $ | 1,012.50 | |
| 10. Emmanuel Briceno | | | |
| Stenographer | $ | 955.70 | |
| Video | $ | 655.50 | |
| DEPOSITIONS TOTAL | $ | 21,526.87 | |