1  TARA K. McGRATH
   United States Attorney
2  STEPHANIE SOTOMAYOR, IL SBN 6325877
3  SAMUEL W. BETTWY, CA SBN 94918
   Assistant U.S. Attorneys
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, CA 92101-8893
   Telephone: (619) 546-9590/7125
6
7  Attorneys for Defendant
   United States of America
8

9              **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | J.A.M., a minor child; O.A.M., a minor child; and THELMA MEDINA NAVARRO, their mother, | Case No. 22-CV-380 GPC BGS |
13 | | |
   | | **NOTICE OF APPEAL** |
14 | Plaintiffs-Appellees, | |
15 | | |
   | v. | |
16 | | |
17 | UNITED STATES OF AMERICA, et al, | |
18 | Defendant-Appellant. | |

1 | Defendant-Appellant hereby provides notice of an appeal to the United States Court of Appeals for the Ninth Circuit from the Order for Entry of Judgment (ECF No. 65), entered on June 21, 2024. This order is an appealable final judgment under 28 U.S.C. § 1291. *See* ECF No. 66 (Judgment). The U.S. Attorney's Office is seeking approval to pursue this appeal from the Solicitor General. Defendant-Appellant is filing this Notice to preserve its rights.

Dated: August 15, 2024

Respectfully submitted,

TARA K. McGRATH
United States Attorney

*s/ Stephanie Sotomayor*
STEPHANIE SOTOMAYOR
Assistant U.S. Attorney

*s/ Samuel W. Bettwy*
SAMUEL W. BETTWY
Assistant U.S. Attorney

Attorneys for Defendant
United States of America